IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-319

Anthony Thompson )
)
)
)
Plaintiff(s), )
)
)
v. ) **SUPPLEMENTAL REMOVAL COVER**
) **SHEET**
Balfour Beatty Infrastructure, Inc. et. al. )
)
)
Defendant(s). )

The removing party must complete this Supplemental Removal Cover Sheet and comply with Local Civil Rule 5.3. Attach separate sheets as necessary to provide complete responses.

## Section A—Plaintiffs

List the full name of each plaintiff from the state court action and indicate whether the plaintiff is pending (i.e., in case currently), dismissed, or otherwise terminated at the time of removal. If dismissed or terminated, indicate the date of dismissal/termination

| Full Name of Plaintiff | Pending at time of removal – Yes/No? | Dismissed or terminated? Yes/No? | Date of Dismissal or Termination |
|---|---|---|---|
| Anthony Thompson | Yes | No | |
| | | | |
| | | | |
| | | | |
| | | | |

## Section B—Defendants

List the full name of each defendant from the state court action and indicate whether the defendant is pending, dismissed or otherwise terminated at the time of removal. If dismissed or terminated, indicate the date of dismissal/termination. If known, indicate if and when each defendant was served with process and whether the defendant joins in the removal.

| Full Name of Defendant | Pending at time of removal? Yes/No? | Dismissed or terminated? Yes/No? (If yes, state date of termination) | Has defendant been served with process? Yes/No/Unknown? | If served with process, date of service? | Does the defendant join in removal? Yes/No? |
|---|---|---|---|---|---|
| Balfour Beatty Infrastructure, Inc. | Yes | No | Unknown | | Yes |
| Balfour Beatty Construction, LLC | Yes | No | Unknown | | Yes |
| Balfour Beatty Equipment, LLC | Yes | No | Unknown | | Yes |
| Balfour Enterprises, LLC | Yes | No | Unknown | | Yes |
| BrandSafway Services, LLC | Yes | No | Yes | 07/01/2019 | Yes |
| Safway Group Holdings, LLC | Yes | No | Yes | 07/01/2019 | Yes |

## Section C—Removal pursuant to 28 U.S.C. § 1442(d)(1)

Is only part of the state court action being removed pursuant to 28 U.S.C. § 1442(d)(1)?
Yes ☐    No ✔

If "Yes," specify what portion of the state court action is being removed, and then proceed to the signature page. If "No," proceed to Section D.

_____
_____
_____

2

## Section B—Defendants

List the full name of each defendant from the state court action and indicate whether the defendant is pending, dismissed or otherwise terminated at the time of removal. If dismissed or terminated, indicate the date of dismissal/termination. If known, indicate if and when each defendant was served with process and whether the defendant joins in the removal.

| Full Name of Defendant | Pending at time of removal? Yes/No? | Dismissed or terminated? Yes/No? (If yes, state date of termination) | Has defendant been served with process? Yes/No/Unknown? | If served with process, date of service? | Does the defendant join in removal? Yes/No? |
|---|---|---|---|---|---|
| BrandSafway, LLC . | Yes | No | Unknown | | Yes |
| BrandSafway Industries, LLC | Yes | No | Yes | 06/28/2019 | Yes |
| BrandSafway Solutions, LLC | Yes | No | Yes | 06/28/2019 | Yes |
| Thyssenkrupp Safway, Inc. | Yes | No | Unknown | | Yes |
| Safway, Inc. | Yes | No | Unknown | | Unknown |
| Safway Transfer and Storage, Inc | Yes | No | Unknown | | Unknown |

## Section C—Removal pursuant to 28 U.S.C. § 1442(d)(1)

Is only part of the state court action being removed pursuant to 28 U.S.C. § 1442(d)(1)?
Yes ☐   No ☑

If "Yes," specify what portion of the state court action is being removed, and then proceed to the signature page. If "No," proceed to Section D.

_____

_____

_____

#3

## Section D—Pending State Court Motions as of Date of Removal

Is there currently a temporary restraining order or preliminary injunction in place in this action from state court?  Yes ☐   No ☑

List every known motion pending at the time of removal. Indicate the name of the filer, the date of filing, whether the motion has a supporting memorandum, and whether the motion is time sensitive, such as a motion for preliminary injunction.

| Title of Pending Motion | Name of Filer | Date of Filing | Memorandum--Yes/No? | Time sensitive? Yes/No? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## Section E—Scheduled State Court Hearings as of Date of Removal

| Date and Time of Hearing | Hearing Type | Assigned State Court Judge |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

4

Date: 07/26/2019

Signature of Attorney for Removing Party or
Unrepresented Removing Party

Printed Name Brian O. Beverly

Law Firm Young Moore & Henderson, P.A.

Address P.O. Box 31627

Raleigh, NC 27622

Telephone Number (919) 782-6860

Fax Number (919) 782-6753

Email Address: brian.beverly@youngmoorelaw.com

State Bar No. 21925

# 5