IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-cv-00319

| | |
|---|---|
| ANTHONY THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>BALFOUR BEATTY INFRASTRUCTURE, INC.; BALFOUR BEATTY CONSTRUCTION, LLC; BALFOUR BEATTY EQUIPMENT, LLC; BALFOUR ENTERPRISES, INC.; BRANDSAFWAY SERVICES, LLC; SAFWAY GROUP HOLDINGS, LLC; BRANDSAFWAY, LLC; BRANDSAFWAY INDUSTRIES, LLC; BRANDSAFWAY SOLUTIONS, LLC; SAFWAY, LLC; THYSSENKRUPP SAFWAY, INC.; and SAFWAY TRANSFER AND STORAGE, INC.,<br><br>    Defendants. | **NOTICE OF APPEARANCE** |

      NOW COMES the law firm of Harris, Wiltshire & Grannis, through Amy E. Richardson, Esq., and gives notice of its appearance in this case representing defendant Safway, LLC.

This the 31st day of July, 2019.

          /s/ Amy E. Richardson
          AMY E. RICHARDSON
          NCSB No. 28768
          HARRIS, WILTSHIRE & GRANNIS LLP
          1033 Wade Avenue, Suite 100
          Raleigh, North Carolina 27625
          Email: arichardson@hwglaw.com

          *Attorney for Safway, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have served the document upon the party(ies) below, in the manner indicated for each party.

This the 31st day of July, 2019.

BY:       /s/ Amy E. Richardson

| | |
|---|---|
| Marlo Thaggard-O'Tuel<br>Brenton D. Adams<br>Brent Adams & Associates<br>P.O. Box 1389<br>Dunn, NC 28335<br>marlo@brentadams.com<br>brent@brentadams.com<br>**Served via e-mail by CM/ECF Filing** | Brian O. Beverly<br>Young Moore & Henderson, P.A.<br>P.O. Box 31627<br>Raleigh, NC 27622<br>brian.beverly@youngmoorelaw.com<br>**Served via e-mail by CM/ECF Filing** |
| BrandSafway, LLC<br>c/o CT Corporation System, Registered Agent<br>160 Mine Lake Court, Suite 200<br>Raleigh, NC 27615<br>**Served via U.S. Mail** | JOHN HEUER<br>BALFOUR BEATTY<br>1930 Camden Road, Suite 280<br>Charlotte, NC 28203<br>jheuer@balfourbeattyus.com<br>**Served via email** |
| Thyssenkrupp Safway, Inc.<br>c/o Secretary of State Elaine Marshall, Registered Agent<br>2 South Salisbury Street<br>Raleigh, NC 27601<br>**Served via U.S. Mail** | Safway Transfer and Storage, Inc.<br>c/o Tommy Edd Johnson, Registered Agent<br>Rt. 4, Box 34a<br>Clyde, NC 28721<br>**Served via U.S. Mail** |
| Contaminant Control, Inc.<br>c/o registered agent,<br>Mark Vestal<br>3434 Black and Decker Rd.<br>Hope Mills, NC 28348-9331<br>**Served via U.S. Mail** | |