IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:19-CV-00319

| | |
|---|---|
| ANTHONTY THOMPSON,<br><br>**Plaintiff**<br><br>v.<br><br>**BALFOUR BEATTY INFRASTRUCTURE, INC., BALFOUR BEATTY CONSTRUCTION LLC, BALFOUR BEATTY EQUIPMENT, LLC, BALFOUR ENTERPRISES, INC, BRANDSAFWAY SERVICES LLC, SAFWAY GROUP HOLDINGS LLC, BRANDSAFWAY LLC, BRANDSAFWAY INDUSTRIES LLC, BRANDSAFWAY SOLUTIONS LLC, SAFWAY LLC, THYSSENKRUPP SAFWAY, INC., and SAFWAY TRANSFER AND STORAGE, INC.**<br><br>**Defendants.** | **AFFIDAVIT OF PROOF OF SERVICE BY CERTIFIED MAIL** |

The undersigned, William H. Harkins, Jr., counsel of record for Plaintiff certifies that service of process pursuant to Rule 4(j) of the North Carolina Rules of Civil Procedure, was completed by mailing a copy of the **Amended Complaint, and Civil Summons** in this action to Defendant Thyssenkrupp Safway, Inc., via Certified Mail, Return Receipt Requested to:

Thyssenkrupp Safway, Inc.
c/o Secretary of State
Elaine Marshall, Registered Agent
2 S. Salisbury St.
Raleigh, NC 27601

1

Service of Process of the Amended Complaint with Civil Summons on June 28, 2019, as evidenced by the attached return receipt.

This the 23rd day of August, 2019.

BRENT ADAMS & ASSOCIATES

William H. Harkins Jr.
State Bar No. 37899
119 Lucknow Square
Dunn, NC 28334
Telephone: (910) 892-8177
Facsimile: (910) 892-0652
*Attorney for Plaintiff*

NORTH CAROLINA
COUNTY OF WAKE

Subscribed to and sworn before me this 23rd day of August, 2019.

(SEAL)

NOTARY PUBLIC
My Commission Expires: 04/02/2022

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Young Moore & Henderson
Brian O. Beverly
PO Box 31627
Raleigh, NC 27622
*Attorney for Defendants*

This the 23rd day of August, 2019.

BRENT ADAMS & ASSOCIATES

_____
William H. Harkins Jr.
State Bar No. 37899
119 Lucknow Square
Dunn, NC 28334
Telephone: (910) 892-8177
Facsimile: (910) 892-0652
*Attorney for Plaintiff*



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:19-CV-00319

| | |
|---|---|
| ANTHONTY THOMPSON,<br><br>**Plaintiff**<br><br>v.<br><br>**BALFOUR BEATTY INFRASTRUCTURE, INC., BALFOUR BEATTY CONSTRUCTION LLC, BALFOUR BEATTY EQUIPMENT, LLC, BALFOUR ENTERPRISES, INC, BRANDSAFWAY SERVICES LLC, SAFWAY GROUP HOLDINGS LLC, BRANDSAFWAY LLC, BRANDSAFWAY INDUSTRIES LLC, BRANDSAFWAY SOLUTIONS LLC, SAFWAY LLC, THYSSENKRUPP SAFWAY, INC., and SAFWAY TRANSFER AND STORAGE, INC.**<br><br>**Defendants.** | **AFFIDAVIT OF PROOF OF SERVICE BY CERTIFIED MAIL** |

The undersigned, William H. Harkins, Jr., counsel of record for Plaintiff certifies that service of process pursuant to Rule 4(j) of the North Carolina Rules of Civil Procedure, was completed by mailing a copy of the **Amended Complaint, and Civil Summons** in this action to Defendant Thyssenkrupp Safway, Inc., via Certified Mail, Return Receipt Requested to:

Thyssenkrupp Safway, Inc.
PO Box 1991
Milwakee, WI 53201

1

Service of Process of the Amended Complaint with Civil Summons on July 29, 2019, as evidenced by the attached return receipt.

This the 23rd day of August, 2019.

BRENT ADAMS & ASSOCIATES

William H. Harkins Jr.
State Bar No. 37899
119 Lucknow Square
Dunn, NC 28334
Telephone: (910) 892-8177
Facsimile: (910) 892-0652
*Attorney for Plaintiff*

NORTH CAROLINA
COUNTY OF WAKE

Subscribed to and sworn before me this 23rd day of August, 2019.

(SEAL)

NOTARY PUBLIC
My Commission Expires: 04/02/2022

INELLIS DEL ROSARIO
Notary Public
Wake County, North Carolina
My Commission Expires
April 2, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Young Moore & Henderson
Brian O. Beverly
PO Box 31627
Raleigh, NC 27622
*Attorney for Defendants*

This the 23rd day of August, 2019.

BRENT ADAMS & ASSOCIATES

William H. Harkins Jr.
State Bar No. 37899
119 Lucknow Square
Dunn, NC 28334
Telephone: (910) 892-8177
Facsimile: (910) 892-0652
*Attorney for Plaintiff*

