**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**CIVIL ACTION NO. 5:19-CV-00319**

| | |
|---|---|
| ANTHONY THOMPSON,<br><br>Plaintiff<br><br>v.<br><br>BALFOUR BEATTY INFRASTRUCTURE, INC., BALFOUR BEATTY CONSTRUCTION LLC, BALFOUR BEATTY EQUIPMENT, LLC, BALFOUR ENTERPRISES, INC, BRANDSAFWAY SERVICES LLC, SAFWAY GROUP HOLDINGS LLC, BRANDSAFWAY LLC, BRANDSAFWAY INDUSTRIES LLC, BRANDSAFWAY SOLUTIONS LLC, SAFWAY LLC, THYSSENKRUPP SAFWAY, INC., and SAFWAY TRANSFER AND STORAGE, INC.<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses the Defendant Balfour Beatty Construction, LLC, from this action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, **without prejudice**.

This the 26th day of August, 2019.

                                                     BRENT ADAMS & ASSOCIATES

                                                   /s/William H. Harkins, Jr.
                                                   William Harkins, State Bar No. 37899
                                                   119 Lucknow Square
                                                   Dunn, NC 28334
                                                   Telephone: (910) 892-8177
                                                   Facsimile: (910) 892-0652
                                                   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2019 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Balfour Beatty Construction, LLC
c/o Corporation Service Company
Registered Agent for Service of Process
2626 Glenwood Ave., Suite 550
Raleigh, NC 27608


This the 26th day of August, 2019.

                                          BRENT ADAMS & ASSOCIATES

                                          /s/William H. Harkins, Jr.
                                          William Harkins, State Bar No. 37899
                                          119 Lucknow Square
                                          Dunn, NC 28334
                                          Telephone: (910) 892-8177
                                          Facsimile: (910) 892-0652
                                          *Attorney for Plaintiff*