# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CIVIL ACTION NO.: 5:19-CV-00319-BO

| | |
|---|---|
| ANTHONY THOMPSON,<br><br>  Plaintiff,<br><br>v.<br><br>BALFOUR BEATTY INFRASTRUCTURE, INC., BALFOUR BEATTY CONSTRUCTION LLC, BALFOUR BEATTY EQUIPMENT, LLC, BALFOUR ENTERPRISES, INC, BRANDSAFWAY SERVICES LLC, SAFWAY GROUP HOLDINGS LLC, BRANDSAFWAY LLC, BRANDSAFWAY INDUSTRIES LLC, BRANDSAFWAY SOLUTIONS LLC, SAFWAY LLC, THYSSENKRUPP SAFWAY, INC., and SAFWAY TRANSFER AND STORAGE, INC.,<br><br>  Defendants. | NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that William H. Harkins, Jr. of the Law Firm of Brent Adams & Associates, 8222 Creedmoor Road, Raleigh, NC 27613, formally enters his notice of appearance as counsel of record for the above-named Plaintiff, Anthony Thompson.

This the 26th day of August, 2019.

                                     **BRENT ADAMS & ASSOCIATES**

                                     <u>/s/ William H. Harkins Jr.</u>
                                     William H. Harkins, Jr.
                                     State Bar No.: 37899
                                     P.O. Box 1389
                                     Dunn, NC 28335
                                     Telephone: (919) 781-7590
                                     Facsimile: (919) 571-2555
                                     *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing "Notice of Appearance" was filed using the CM/ECF, which electronically served the following counsel of record:

Brian O. Beverly
Young, Moore & Henderson, PA
P.O. Box 31627
Raleigh, NC  27622-1627
(919) 782-6860

This the 26th day of August, 2019.

**BRENT ADAMS & ASSOCIATES**

/s/ William H. Harkins Jr.
William H. Harkins, Jr.
State Bar No.: 37899
P.O. Box 1389
Dunn, NC 28335
Telephone: (919) 781-7590
Facsimile:  (919) 571-2555
*Attorneys for Plaintiff*